NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-1160

FUZZYSHARP TECHNOLOGIES INCORPORATED,

Plaintiff-Appellant,

v.

3DLABS INC., LTD.,

Defendant-Appellee.

Appeal from the United States District Court for the Northern District of California in case no. 07-CV-5948, Judge Saundra Brown Armstrong.

ON MOTION

Before LINN, Circuit Judge.

## ORDER

The parties jointly move to stay proceedings pending the United States Supreme Court's disposition of Bilski v. Kappos, No. 08-964.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to stay proceedings is granted. FuzzySharp Technologies Incorporated is directed to inform this court, within 14 days of the Supreme Court's disposition of Bilski, concerning how it believes that this appeal should proceed. 3DLabs Inc., Ltd. may also respond within that time.

FOR THE COURT

MAR 25 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Matthew G. McAndrews, Esq.
Jonathan Daniel Baker, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 25 2010

JAN HORBALY
CLERK

2010-1160

2